United States District Court
Southern District of Texas
ENTERED

AUG 27 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 26 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HARBANS SINGH AND MEJER SINGH | * | |
| | * | |
| VS. | * | CIVIL ACTION |
| | * | NO. B-92-075 |
| E. M. TROMINSKI, | * | |
| DISTRICT DIRECTOR, | * | |
| IMMIGRATION & NATURALIZATION | * | |
| SERVICE, ET AL | * | |

## ORDER OF DISMISSAL

Before this Court is a Petition for Writ of Habeas Corpus filed pursuant 8 U.S.C. § 1105 (a)(b), seeking review of the decisions of the Board of Immigration and Appeals, dated April 27, 1992 and April 30, 1992, denying their applications for withholding of deportation, and asylum and ordering that they be excluded and deported to India.

Ordered to respond, the Director of Immigration and Naturalization Service has filed a brief in suport of the decisions of the Board of Immigration and Appeals and released Petitioners on Bond. Over six years have elapsed and Petitioners have failed to file a brief in support of their position or take any action to further prosecute their case.

Because of the foregoing, this Court is of the opinion that this cause of action should be dismissed for failure to prosecute.

It is so ORDERED.

Done at Brownsville, Texas, this 26th day of August, 1998.

Filemon B. Vela
United States District Judge